**Maverick A. Young**
**"M.A.Y."**
**ACP Colorado**
1001 E 62nd St.
Apt. 1695
Denver, CO
80216
**Email: mavalexyoung@mail.com**

11/16/2023

**Clerk of Court**
**Byron G. Rogers Courthouse**
**1929 Stout Street**
**Denver, CO 80294**

**Formal Complaint - Discrimination, Harassment, and Request for Summary Judgment**

Dear Clerk of Court,

I, Maverick A. Young, submit this formal complaint against the State of Colorado, from now on referred to as the "Defendant," for discriminatory practices and harassment, and seeking a summary judgment to prevent the unjust dismissal of my participation in the Address Confidentiality Program (ACP) based on my homelessness and disability.

**Parties:**

Plaintiff: **Maverick A. Young**
Defendant: **State of Colorado**

**Jurisdiction and Venue:**

This Court has jurisdiction over this matter under applicable federal statutes and regulations. The venue is proper in this district due to the circumstances surrounding this case.

**Background:**

As a homeless and disabled individual, I have faced discriminatory actions from the State of Colorado, which have resulted in unwarranted harassment and threats to dismiss my participation in the Address Confidentiality Program (ACP).

**Allegations:**

**1. Discrimination:**

The Defendant, with full knowledge of my homeless and disabled status, has engaged in discriminatory conduct by threatening to dismiss me from the ACP solely based on my housing situation and disability. This discriminatory treatment has resulted in significant emotional distress and tangible harm to my overall well-being.

**2. Harassment:**
The Defendant has subjected me to ongoing harassment, creating a hostile environment due to my homeless status and disability. This relentless harassment has negatively impacted my mental and emotional well-being.

**3. Threatened Dismissal from ACP:**
The Defendant has unjustly threatened to dismiss me from the ACP, an essential program for individuals facing unique safety concerns solely based on my homelessness. This action puts me at increased risk and violates the principles of the ACP.

**Trafficking Victim Protection:**

I assert that I am a trafficking victim, and my family is falsifying cases against me. The Defendant's discriminatory actions exacerbate my vulnerability as a trafficking victim and contribute to an unjust legal environment.

**Request for Relief:**

I respectfully request the following relief:

**1. Summary Judgment:** A summary judgment affirming that the Defendant's actions are discriminatory and in violation of federal laws and preventing the unjust dismissal from the ACP based on my homelessness and disability.

**2. Cease Harassment:** An injunction ordering the Defendant to cease all forms of harassment based on my homeless status and disability.

**3. Protection of ACP Participation:** An order preventing the Defendant from dismissing me from the ACP solely based on my homelessness, ensuring continued protection afforded by the program.

**4. Compensatory Damages:** Compensatory damages for the harm caused to my well-being, emotional distress, and any financial losses resulting from the Defendant's actions.

**5. Legal Costs and Fees:** Attorney's fees and associated costs incurred in pursuing this legal action.

**6. Trafficking Victim Protection:** An investigation into the trafficking victim's allegations and appropriate legal actions against those falsifying cases.

**Jury Demand:**

I request a trial by jury on all issues that are triable in this matter.

**Verification:**

Under penalty of perjury, I solemnly affirm that the above statements are true and accurate to my knowledge.

**Sincerely,**

**Maverick Alexander Young**
**Protected WITSEC Informant**