IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03042-SBP

MAVERICK A. YOUNG,

    Plaintiff,

v.

STATE OF COLORADO,

    Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff initiated this by filing *pro se* a document captioned "Formal Complaint - Discrimination, Harassment, and Request for Summary Judgment" (ECF No. 1). On November 17, 2023, Magistrate Judge Susan Prose ordered Plaintiff to cure certain deficiencies if he wishes to pursue any claims in this action. More specifically, Plaintiff was directed to file on the proper form a Complaint that includes factual allegations in support of his claims, and either to pay filing and administrative fees totaling $402.00 or to file on the proper form an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Plaintiff was warned that the action would be dismissed without further notice if he failed to cure all the deficiencies within thirty days.

On December 28, 2023, Plaintiff submitted a "Motion to Waive Court Costs" (ECF No. 4) that is not signed and does not comply with the requirements of Rule 7(b)(2) of the Federal Rules of Civil Procedure. Plaintiff has not filed within the time allowed a Complaint and he has failed either to pay filing and administrative fees totaling $402.00

or to file on the proper form an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure the deficiencies within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   10th   day of     January    , 2024.

BY THE COURT:

      s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court